**Exhibit 2**







30787741v1

32609853v1