UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

**METHODIST HEALTHCARE,**
**MEMPHIS HOSPITALS D/B/A LE**
**BONHEUR CHILDREN'S HOSPITAL,**

       **Plaintiff,**                          CASE NO.: 2:16-cv-02718

v.

**SUNFROG, LLC,**

       **Defendant.**

## STIPULATED ORDER OF DISMISSAL WITH PREJUDICE

Methodist Healthcare, Memphis Hospitals D/B/A LE, and Bonheur Children's Hospital (collectively "Plaintiffs"), and SunFrog, LLC ("Defendant"), by and through their respective counsel and pursuant to a settlement agreement ("Settlement Agreement") reached among the parties, hereby agree and stipulate as follows:

1. All claims by and between Plaintiffs and Defendant in the above-captioned case are hereby dismissed with prejudice;

2. The Court shall retain jurisdiction to enforce the terms of the Settlement Agreement. See Kokkonen v. Guardian Life Ins. Co. of Am., 511 U.S. 375, 381 (1994) (permitting federal courts to maintain jurisdiction over settlement agreements so long as jurisdiction is expressly retained in order of dismissal);

3. All parties will bear their own attorneys' fees and costs incurred to date.

**IT IS HEREBY STIPULATED:**

/DLJ/_____          /JAD/_____
David L. Johnson                                      John Di Giacomo

| Attorney for Plaintiffs | Attorney for Defendant |
|---|---|
| Butler Snow LLP | Revision Legal, PLLC |
| *The Pinnacle at Symphony Place* | 109 E. Front St., Suite 309 |
| 150 Third Avenue South, Suite 1600 | Traverse City, MI 49684 |
| Nashville, TN 37201 | Phone: (231) 714-0100 |
| Phone: (615) 651-6700 | Fax: (231) 714-0200 |
| Fax: (615) 651-6701 | john@revisionlegal.com |
| David.johnson@butlersnow.com | |

Entered: ____/____/____

_____
Hon. John T. Fowlkes, Jr
United States District Court Judge

Prepared and submitted by:

                                              /s/ John Di Giacomo_____
                                              John Di Giacomo
                                              Eric Misterovich
                                              REVISION LEGAL, PLLC
                                              Attorneys for Defendant
                                              109 E. Front St., Suite 309
                                              Traverse City, MI 49684
                                              (231) 714-0100
                                              john@revisionlegal.com